UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BOOKER,<br><br>       Plaintiff,<br><br>    v.<br><br>JOSEPH LOMBARDO,<br><br>       Defendant. | Case No.: 2:22-cv-1968-GMN-DJA<br><br>**ORDER**<br><br>(ECF Nos. 1, 5) |

Pro se plaintiff David Booker, an inmate housed in Clark County Detention Center, has submitted a complaint under 42 U.S.C. § 1983, filed a second complaint, and filed two applications to proceed *in forma pauperis*. (ECF Nos. 1, 1-1, 3, 5). Plaintiff's applications to proceed *in forma pauperis* are incomplete because Plaintiff did not use the Court's approved form application and failed to include a financial certificate and an inmate trust fund account statement for the previous six-month period with either application. Even if Plaintiff has not been at CCDC for a full six-month period, he must still submit both a financial certificate and an inmate account statement for the dates that he has been at the facility. 28 U.S.C. § 1915(a)(2); Nev. Loc. R. Prac. LSR 1-2.

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $402, which includes the $350 filing fee and the $52 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account**

**statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2.

It is therefore ordered that the applications to proceed *in forma pauperis* (ECF Nos. 1, 5) are denied without prejudice.

It is further ordered that Plaintiff has until **March 13, 2023** to either pay the full $402 filing fee or file a new fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff David Booker the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same and retain the original complaint (ECF No. 1-1) but not file it at this time.

DATED this 10th day of January 2023.

_____
UNITED STATES MAGISTRATE JUDGE